UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL HERNANDEZ GONZALEZ, | Case No.: 1:19-cv-01447-JLT (PC) |
|---|---|
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| R. PEREZ, et al., | |
| Defendant. | |

Plaintiff Michael Hernandez Gonzalez has not paid the $400.00 filing fee or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

Within **45 days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**October 18, 2019**__   _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE