UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GUARD H. PEREZ, et al.,<br><br>Defendants. | No. 1:19-cv-1447-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL**<br><br>**(Docs. 4, 17, 19, 21, 22, 26)** |

Plaintiff has filed multiple motions for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court does not find the required exceptional circumstances in this case. Accordingly, the Court **DENIES** without prejudice plaintiff's motions for the appointment of counsel.

IT IS SO ORDERED.

    Dated: __**April 14, 2020**__                  ___/s/ Jennifer L. Thurston___
                                                                         UNITED STATES MAGISTRATE JUDGE