UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HERNANDEZ GONZALEZ,

Plaintiff,

v.

GUARD H. PEREZ, et al.,

Defendants.

No. 1:19-cv-1447-JLT (PC)

**ORDER DENYING PLAINTIFF'S MOTION FOR LIST OF PRO BONO ATTORNEYS FOR APPOINTMENT OF COUNSEL**

**(Doc. 12)**

Plaintiff has filed a motion seeking a list of pro bono attorneys for the appointment of counsel. (Doc. 12.) While the Court does maintain a list of attorneys who sometimes volunteer to represent pro se inmates, Plaintiff's motion will be denied because those attorneys are available only upon appointment by the Court pursuant to 28 U.S.C. § 1915(e)(1) and only in certain exceptional circumstances that are not present here. Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The Court is further unable to direct Plaintiff to other counsel that may be willing to represent him pro bono. Accordingly, Plaintiff's request is **DENIED**.

IT IS SO ORDERED.

Dated: **September 7, 2020**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

blank