UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUARD H. PEREZ, et al.,<br><br>　　　　　Defendants. | No.  1:19-cv-1447-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**<br><br>**(Doc. 23)** |

　　　Plaintiff moves to compel the release of his medical records from, presumably, the Fresno County Jail where he is presently housed. (Doc. 23.) Because service has not yet been initiated on any defendant and no discovery and scheduling order has yet issued, Plaintiff's motion to compel is **DENIED** without prejudice to its renewal.

IT IS SO ORDERED.

　　Dated:   **September 7, 2020**　　　　　　　　　  /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE