UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUARD H. PEREZ, et al.,<br><br>　　　　　Defendants. | No.  1:19-cv-1447-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION AND MOTION TO CONSOLIDATE**<br><br>(Docs. 11, 24) |

　　　　Plaintiff moves to consolidate this case with another case that he filed in this court in August 2015, Gonzalez v. Fresno Sheriff's Dep't, 1:15-cv-1200-BAM. (See Doc. 24.) The earlier-filed case was dismissed with prejudice on December 7, 2018, for failure to respond to a court order and failure to prosecute. Plaintiff's motion to reopen that case was denied by Magistrate Judge Barbara A. McAuliffe on February 18, 2020. Insofar as Plaintiff seeks an order reopening Gonzalez v. Fresno Sheriff's Dep't, 1:15-cv-1200-BAM, so that it can then be consolidated with this case, the undersigned lacks the authority to do so.

　　　　But even if Gonzalez v. Fresno Sheriff's Dep't, 1:15-cv-1200-BAM, had not been dismissed, the Court finds that the two cases do not "involve a common question of law or fact." See Fed. R. Civ. P. 42(a). In this case, Plaintiff asserts an Eighth Amendment excessive force claim and an Eighth Amendment failure-to-protect claim stemming from two separate incidents occurring at the Fresno County Jail in March 2019. In Gonzalez v. Fresno Sheriff's Dep't, 1:15-

cv-1200-BAM, Plaintiff, then a pretrial detainee, brought claims under the Fourteenth Amendment for failure-to-protect claim stemming from an October 2012 incident at the Fresno County Jail. While both cases involve a failure-to-protect claim arising at the Fresno County Jail, the factual basis of each claim is sufficiently different to negate the benefit of consolidation.

In a seemingly related motion, Plaintiff has filed a document titled "Motion of Declaration to the Court" that seeks to reintroduce claims stemming from the allegations first asserted in Gonzalez v. Fresno Sheriff's Dep't, 1:15-cv-1200-BAM. (Doc. 11.) Since any claims arising from those allegations have since been dismissed with prejudice, this motion will also be denied.

Accordingly, the Court **DENIES** Plaintiff's motion (Doc. 11) and motion to consolidate (Doc. 24).

IT IS SO ORDERED.

Dated:   **September 7, 2020**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

2