UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GUARD H. PEREZ, et al.,<br><br>Defendants. | No.  1:19-cv-1447-JLT (PC)<br><br>**ORDER TO ASSIGN DISTRICT JUDGE;**<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS; AND**<br><br>**THIRTY-DAY DEADLINE**<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS NON-COGNIZABLE CLAIMS AND DEFENDANTS**<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff's first amended complaint was recently screened and found to state a cognizable Eighth Amendment excessive force claim against Fresno County Jail Officer R. Perez and a failure-to-protect claim against Officer Mrs. Sharp. No other claims were cognizable as pled. Plaintiff was then directed to submit notice as to whether he wished to proceed only on the cognizable claims, whether he wished to dismiss this case, or whether he wished to stand on his pleading. Plaintiff has now filed a notice of his intent to proceed on the first amended complaint as screened. Accordingly, the Court **ORDERS** as follows:

1. The Clerk of Court is directed to assign a district judge to this case;
2. Service is appropriate for the following defendants:

1

**OFFICER R. PEREZ**

**OFFICER MRS. SHARP**

3. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the first amended complaint filed November 28, 2019.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed above; and

    d. 3 copies of the endorsed first amended complaint filed November 28, 2019.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

In addition, the Court **RECOMMENDS** that all remaining claims and defendants be dismissed without leave to amend.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 17, 2020**         /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MICHAEL HERNANDEZ GONZALEZ,           No.  1:19-cv-1447-JLT (PC)
12            Plaintiff,
13       v.                                NOTICE OF SUBMISSION
14   GUARD H. PEREZ, et al.,
15            Defendants.
16
17       Plaintiff submits the following documents in compliance with the court's order filed
18   _____:
19       ____       completed summons form
20       ____       completed USM-285 forms
21       ____       copies of the _____
                                    Complaint
22
23   DATED:
24
25                                          _____
                                            Plaintiff
26
27
28
                                          1