UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>GUARD H. PEREZ, et al.,<br><br>    Defendants. | No. 1:19-cv-1447-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CONFIRMATION AND MOTION TO COMPEL**<br><br>**(Docs. 27, 30)** |

Pending is Plaintiff's motion seeking confirmation that the Court received his first amended complaint. (Doc. 27) The Court has received this pleading, and it has since been screened. As best as the Court can determine, Plaintiff also moves to compel service of his pleading on the defendants. (Doc. 30) Pursuant to Plaintiff's intent to proceed on his first amended complaint as screened, service has been ordered on those defendants against whom Plaintiff states a cognizable claim. Accordingly, the Court **GRANTS** Plaintiff's motions.

IT IS SO ORDERED.

   Dated: __**September 17, 2020**__            ___/s/ Jennifer L. Thurston___
                                                                    UNITED STATES MAGISTRATE JUDGE