UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUARD R. PEREZ, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-1447-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL DEFENDANTS TO SETTLE; AND**<br><br>**ORDER EXTENDING STAY**<br><br>**(Docs. 69, 73, 82)** |

Recently, this case was referred to the Post-Screening Alternative Dispute Resolution Project and the action stayed for 90 days to allow the parties to investigate the plaintiff's claims, meet and confer, and participate in a settlement conference. Plaintiff, who has expressed his interest in participation in the settlement conference, has filed several motions to compel defendants to settle this action and pay him damages. The Court cannot compel the defendants to settle. Therefore, these motions will be denied. In addition, it appears that defendants were not served with the ADR referral order.

Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's motions to compel defendants to settle (Docs. 69, 73, 82) are **DENIED**;
2. The stay in this case is extended by 60 days; and

////

////

1

3. The Clerk of Court is directed to serve a copy of the ADR Referral Order (Doc. 70) on the defendants.

IT IS SO ORDERED.

Dated:   **February 17, 2021**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE