Leslie M. Dillahunty, Esq.  Bar No. 195262
James D. Weakley, Esq.    Bar No. 082853

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Leslie@walaw-fresno.com
Jim@walaw-fresno.com

Attorneys for Defendant, Officer H. Perez, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ, | CASE NO.  1:19-CV-01447-DAD-JLT (PC) |
| Plaintiff, | STIPULATION TO CORRECT CLERICAL ERROR IN DEFENDANTS' ANSWER; AND ORDER THEREON |
| vs. | (Doc. 99) |
| OFFICER H. PEREZ, et al. | |
| Defendant. | |

In responding to plaintiff's First Amended Complaint, through clerical error, the answer was inadvertently filed on behalf of "R. Perez" when it should have correctly been on behalf of "H. Perez."  Due to that inadvertent error, and in order to assure that the names of the parties are properly identified,

IT IS HEREBY STIPULATED that wherever the name "R. Perez" is referenced and/or identified, it is to be replaced with the correct name of "H. Perez."

IT IS FURTHER STIPULATED that moving forward in this litigation, the correct Perez

///

///

defendant is H. Perez.

Stipulation to Correct Clerical Error in
Defendants' Answer; Order Thereon

1

DATE: March 3 , 2021.

      /s/ Michael H. Gonzalez
MICHAEL HERNANDEZ GONZALEZ
Plaintiff, in Propria Persona

DATE:  March 11 , 2021.

WEAKLEY & ARENDT
A Professional Corporation

By:     /s/  Leslie M. Dillahunty
Leslie M. Dillahunty
James D. Weakley
Attorneys for Defendants

### ORDER

The stipulation of the parties in GRANTED and given effect.

IT IS SO ORDERED.

Dated:  **March 11, 2021**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE