UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>GUARD H. PEREZ, et al.,<br><br>  Defendants. | No.  1:19-cv-1447-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL**<br><br>(Docs. 78, 80, 96) |

Plaintiff has filed his eighth, ninth, and tenth requests for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel under 28 U.S.C. § 1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335–36 (9th Cir. 1990). However, Plaintiff has again failed to demonstrate the required exceptional circumstances for court assistance in obtaining counsel. Accordingly, the Court **DENIES** the motions without prejudice.

IT IS SO ORDERED.

Dated:   **April 1, 2021**          _ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE