# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> GUARD H. PEREZ, et al., <br><br> Defendants. | Case No. 1:19-cv-1447-DAD-JLT (PC) <br><br> **ORDER DIRECTING CLERK OF COURT TO ISSUE A DISCOVERY AND SCHEDULING ORDER AND DENYING AS PREMATURE PLAINTIFF'S MOTION TO COMPEL** <br><br> (Doc. 107) |

Defendants have filed an answer, and this Court has lifted the stay. (Docs. 71, 109.) The Court DIRECTS the Clerk of Court to enter a Discovery and Scheduling Order. Because merits-based discovery has not commenced, Plaintiff's motion to compel medical records (Doc. 107) is **DENIED** as premature.

IT IS SO ORDERED.

Dated: __May 25, 2021__ _____ /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE

1