UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> GUARD H. PEREZ, et al., <br><br> Defendants. | No. 1:19-cv-1447-DAD-JLT (PC) <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE** <br><br> (Docs. 127) |

Plaintiff has filed a motion to consolidate (Doc. 127) that is identical to a motion (Doc. 122) previously denied by the Court. (Doc. 126.) Accordingly, the more recently filed motion to consolidate is also DENIED.

The Court ORDERS Plaintiff to stop filing duplicative, failed motions. The practice burdens the docket and interferes with its ability to consider pending matters. **<u>Failure to comply with this order may result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

 Dated: __May 27, 2021__     /s/ Jennifer L. Thurston
                 CHIEF UNITED STATES MAGISTRATE JUDGE