UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GUARD H. PEREZ, et al.,<br><br>Defendants. | No. 1:19-cv-1447-DAD-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND REQUEST FOR ADMISSIONS AND DENYING AS MOOT PRIOR REQUEST**<br><br>(Docs. 135, 134) |

Plaintiff has filed a pleading that the Court construes as a motion for an extension of time to respond to interrogatories and request for admissions propounded by Defendants. (Doc. 135.) Plaintiff indicates that the additional time is needed because of his transfer to a state facility. For good cause shown, the Court **GRANTS** Plaintiff's motion for an extension of time. (Doc. 135.) Plaintiff shall respond to Defendants' discovery requests **within 30 days** from the date of service of this order. The Court **DENIES as moot** Plaintiff's request for an extension of time filed a day earlier. (Doc. 134.)

///
///
///
///
///

1

1 **The Court again ORDERS Plaintiff to stop filing duplicative motions. (*See* Doc. 128.)
2 The practice burdens the docket and interferes with its ability to consider pending matters.
3 Failure to comply with this order may result in the imposition of sanctions.**

4
5 IT IS SO ORDERED.

6     Dated:   **August 9, 2021**           **/s/ Jennifer L. Thurston**
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE