UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GUARD H. PEREZ, et al.,<br><br>Defendants. | No. 1:19-cv-1447-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>(Doc. 137) |

Plaintiff has filed a declaration/pleading that the Court construes as a motion to amend his first amended complaint, (Doc. 10), by adding a defendant. (Doc. 137 at 2.) Plaintiff alleges he was beaten on March 12, 2021, by Guard H. Perez and inmates, and he repeatedly informed Sgt. R. Uzzura that Plaintiff was attacked, and his life was in danger. (*Id.*) However, these allegations are unrelated to the events in 2019 that form the basis of the first amended complaint. Accordingly, the Court **ORDERS** that Plaintiff's motion to amend the first amended complaint, (Doc. 137), is **DENIED**.[1]

IT IS SO ORDERED.

    Dated: __September 14, 2021__            __/s/ Jennifer L. Thurston__
                                                                     CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff advises that his admissions and responses to interrogatories will be late. (*See* Docs. 137, 138.) He does not appear to request relief as to this outstanding discovery. (*Id.*)