UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>GUARD H. PEREZ, et al.,<br><br>        Defendants. | No.  1:19-cv-1447-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL**<br><br>(Docs. 148, 155) |

Plaintiff has filed his eleventh and twelfth requests for the appointment of counsel. In its orders denying Plaintiff's previous requests for appointment of counsel, this Court has advised that district courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel under 28 U.S.C. § 1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335–36 (9th Cir. 1990). However, Plaintiff has again failed to demonstrate the required exceptional circumstances for court assistance in obtaining counsel.

///

///

///

///

1

Accordingly, the Court **DENIES WITH PREJUDICE** Plaintiff's renewed requests for the appointment of counsel. The Plaintiff is again cautioned that filing duplicative pleadings may subject Plaintiff to the imposition of sanctions.

IT IS SO ORDERED.

Dated:  __November 3, 2021__            _ /s/ Jennifer L. Thurston
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE