1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL HERNANDEZ GONZALEZ,              Case No. 1:19-cv-1447-ADA-CDB (PC)

12                  Plaintiff,
                                              ORDER DIRECTING CLERK TO
13          v.                                TERMINATE PLAINTIFF'S
                                              MISCELLANEOUS MOTION
14   GUARD H. PEREZ, *et al.*,
                                              (ECF No. 195)
15                  Defendants.

16

17

18          Plaintiff Michael Hernandez Gonzalez has filed a motion that the Court construes as

19   untimely objections to the findings and recommendations issued on April 14, 2022,[1] or as a

20   motion for relief from or reconsideration of this Court's final order adopting those findings and

21   recommendations and dismissing this action on June 1, 2022.[2]  (ECF No. 195).

22          On June 15, 2022, Plaintiff filed a notice of appeal of the Court's final order. (ECF No.

23   191.)  This action divested this Court of jurisdiction over the case, and the Court cannot consider

24   a subsequently filed motion.  *See Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163,

25   1166 (9th Cir. 2001) ("Once a notice of appeal is filed, the district court [loses jurisdiction] over

26   the matters being appealed."); *Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2002) (vacating

27   district court's order denying Rule 60(b) motion for lack of jurisdiction, where the motion was

28

---

[1] Plaintiff filed timely objections, which the Court considered before adopting the findings and
recommendations.  (*See* ECF No. 187.)

filed after the notice of appeal and movant did not follow procedure seeking a remand for consideration of the motion).  Therefore, this Court no longer has jurisdiction to consider and rule on the instant motion.

Accordingly, the Clerk of Court is directed to terminate Plaintiff's miscellaneous motion. (ECF No. 195.)

IT IS SO ORDERED.

Dated:    December 14, 2022

_____
UNITED STATES DISTRICT JUDGE